Submitted on remand from the Oregon Supreme Court May 15, affirmed July 15, 1998

## OREGONIANS IN ACTION,
*Petitioner,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Respondent,*

*and*

## McKAY CREEK VALLEY ASSOCIATION,
*Intervenor.*

(CA A91720)

958 P2d 908

David J. Hunnicutt for petitioner.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Stephanie L. Striffler, Assistant Attorney General, for respondent.

F. Blair Batson for intervenor.

Before Riggs, Presiding Judge, and Landau and Wollheim, Judges.

PER CURIAM

## PER CURIAM

The Supreme Court has remanded our decision in this case, *Oregonians In Action v. LCDC*, 147 Or App 342, 936 P2d 372 (1997), for us to reconsider in light of *Lane County v. LCDC*, 325 Or 569, 942 P2d 278 (1997). 326 Or 383, 951 P2d 726 (1998). We affirm LCDC's order on the basis of *Lane County*.[1]

Affirmed.

---

[1] The issues in the case that do not turn on *Lane County* were decided adversely to respondent's position in our previous opinion and were not affected by the Supreme Court's remand.